IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Lorenzo Lizarraga,<br><br>        Defendant. | CR 05-00899-PHX-FJM<br><br>**ORDER** |

      The court has before it defendant's "Request for Hearing and Motion to quash" (doc. 20), the Report and Recommendation (doc. 25), defendant's "Motion Requesting Extension of Time" (doc. 26), defendant's "Objection to Report and Recommendation" (doc. 27), and the government's Response (doc. 28).

      It is ORDERED GRANTING defendant's Motion for Extension of Time. (Doc. 26). It is further ORDERED accepting the Report and Recommendation (doc. 25), overruling defendant's objections, and DENYING defendant's Request for Hearing and Motion to quash (doc. 20).

      DATED this 8th day of January, 2013.

                               *Frederick J. Martone*
                                 Frederick J. Martone
                                 United States District Judge